**FILED**

12/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0512

---

CHARLES J. HERINGER, III, as the Trustee of the
CHARLES J. HERINGER, III, Trust, dated May 20,
1999, as Amended and Restated; SHAWN A.
SCHAFFER and KRISTY M. SCHAFFER; MICHAEL
A. DiFRONZO; TRACIE E. PABST; MOOSE 59,
LLC; and MOOSE DROOL PROPERTIES, LLC,

      Plaintiffs and Appellants,

    v.

BARNEGAT DEVELOPMENT GROUP, LLC;
RZLDZL, LLC; and John and Jane Does 1-10;

      Defendants and Appellees.

O R D E R

---

Upon consideration of Appellants' unopposed Motion for Extension of Time, and good cause shown, Appellant is hereby granted an extension of time until January 26, 2021, within which to file and serve their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 30 2020